UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AMANDA PARSONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:11-CV-04355 |
| ) | |
| LAKE REGIONAL HEALTH SYSTEM, ) | |
| STEVEN D. MARTIN, M.D., ) | |
| PATRICK W. O'NEIL, D.O., ) | |
| DAVID C. TEMPLE, M.D., ) | |
| and ) | |
| FRANCISCUS VANDERPOOL, M.D. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO DISMISS WITHOUT PREJUDICE

COMES NOW Plaintiff, and asks that this Court grant her leave to voluntarily dismiss this cause of action without prejudice. In support of the motion, Plaintiff states as follows:

1. Plaintiff had previously filed a Motion to Amend the Scheduling Order to Disclose Additional Experts or, in the alternative, to Voluntarily Dismiss Without Prejudice.

2. Defendants had filed a Joint Response to said motion.

3. Plaintiff hereby withdraws her request to amend the scheduling order and renews her request for leave of court to dismiss this case without prejudice.

1

4. Plaintiff has previously informed this court of the issues surrounding the official autopsy report regarding Joshua Parsons. Plaintiff and her counsel reasonably relied on the accuracy and validity of that report in filing and pursuing this action.

5. Undersigned counsel has notified local and state authorities regarding the testimony of Dr. Friendlander and Mr. Parcells regarding the preparation of the autopsy report.

6. Due to the unusual, perhaps unprecedented, circumstances surrounding the autopsy report, Plaintiff respectfully requests that this court place no conditions or restrictions on the dismissal of the claim without prejudice.

WHEREFORE, Plaintiff respectfully asks that this court grant her leave, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and enter its Order granting her leave to voluntarily dismiss this action without prejudice.

DEVEREAUX, STOKES, NOLAN,
FERNANDEZ & LEONARD, P.C.

   /s/ James P. Leonard
JAMES P. LEONARD, #32561
Attorney for Plaintiff
133 South 11th Street
Suite 350
St. Louis, MO  63102
phone:  (314) 621-3743
fax:  (314) 621-5705

## Certificate of Service

      I certify that on the 6th day of May, 2014, I electronically filed the Motion for Leave to Dismiss Without Prejudice with the Clerk of the Court using the CM/ECF system.

                                                _____/s/ James P. Leonard_____
                                                JAMES P. LEONARD

3

Case 2:11-cv-04355-MJW   Document 98   Filed 05/06/14   Page 3 of 3